J. Todd Hiatt #22150
RALSTON, POPE & DIEHL, L.L.C.
2913 S.W. Maupin Lane
Topeka, KS 66614
Phone: (785) 273-8002
Fax: (785) 273-0744
todd@ralstonpope.com
*ATTORNEYS FOR PLAINTIFF*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RON DURBIN, <br><br> Plaintiff, <br><br> v. <br><br> YELLOW TRANSPORTATION, INC. a/k/a and/or d/b/a YELLOW FREIGHT; YRC WORLDWIDE, INC. a/k/a and/or d/b/a YELLOW FREIGHT; YRC REGIONAL TRANSPORTATION, INC. a/k/a and/or d/b/a YELLOW FREIGHT; and YRC NORTH AMERICAN TRANSPORTATION, INC., a/k/a and/or d/b/a YELLOW FREIGHT, <br><br> Defendants. | Case No.: 09-CV-2671 JAR/GLR <br><br> Complaint Pursuant to Chapter 60 of the Kansas Statutes and 28 U.S.C.A. § 1332 |

### COMPLAINT

**COMES NOW** the Plaintiff and for his causes of action against the Defendants alleges and states as follows:

#### Parties

1. Ron Durbin is a resident of Joplin, Missouri and has been at all times relevant hereto.

2. Yellow Transportation, Inc is and has been at all times relevant hereto an active corporation in good standing registered to do business through the Kansas Secretary of State. It may be served by serving its Registered Agent, Corporation Company, Inc., 515 South Kansas, Topeka, KS 66603.

3. Yellow Transportation, Inc. is an operating company and/or subsidiary of YRC Worldwide, Inc.

4. YRC Worldwide, Inc. is and has been at all times relevant hereto an active corporation in good standing registered to do business through the Kansas Secretary of State. It may be served by serving its Registered Agent, Corporation Company, Inc., 515 South Kansas, Topeka, KS 66603.

5. YRC Regional Transportation, Inc. is and has been at all times relevant hereto an active corporation in good standing registered to do business through the Kansas Secretary of State. It may be served by serving its Registered Agent, Corporation Company, Inc., 515 South Kansas, Topeka, KS 66603.

6. YRC North American Transportation, Inc. is and has been at all times relevant hereto an active corporation in good standing registered to do business through the Kansas Secretary of State. It may be served by serving its Registered Agent, Corporation Company, Inc., 515 South Kansas, Topeka, KS 66603.

7. Yellow Transportation, Inc; YRC Worldwide, Inc.; YRC Regional Transportation, Inc.; and/or YRC North American Transportation, Inc. are also known as and/or do business as Yellow Freight.

8. The parties identified in paragraphs 2-7 are collectively referred to hereafter as "Yellow Freight" or "Defendant."

## Jurisdiction

9. The Court has jurisdiction over Plaintiff's claims pursuant to 28 U.S.C.A. § 1332 where this action is between citizens of different States and the amount in controversy exceeds $75,000.00.

## Brief Statement of Plaintiff's Claims

10. On or about January 18, 2007, Plaintiff was a passenger in a motor vehicle driven by Brian O'Dell.

11. On or about January 18, 2007, Plaintiff and Mr. O'Dell were traveling northbound on Highway Alternate 69.

12. On or about January 18, 2007, while traveling northbound on Highway Alternate 69 just north of Riverton, Kansas, Plaintiff and Mr. O'Dell approached two tractor-trailers heading south on Highway Alternate 69.

13. The first tractor-trailer Plaintiff and Mr. O'Dell approached was a Yellow-Freight tractor-trailer.

14. On or about January 18, 2007, as Plaintiff and Mr. O'Dell approached the Yellow-Freight tractor-trailer on Highway Alternate 69, a sheet of ice detached from the trailer being pulled by the Yellow Freight tractor.

15. On or about January 18, 2007, as Plaintiff and Mr. O'Dell passed the Yellow Freight tractor-trailer, the large piece of ice that had detached from the Yellow Freight trailer struck the windshield of Mr. O'Dell's motor vehicle.

16. On or about January 18, 2007, the large piece of ice that had hit the windshield of Mr. O'Dell's car, pierced the windshield and struck Plaintiff in the face.

17. Defendant, through its agents/employees, had a duty to use reasonable care when traveling the highways of Kansas.

18. Defendant breached that duty when its agents/employees failed to inspect the tractor-trailer for ice and/or snow accumulation; failed to clear the ice and/or snow accumulation on the tractor-trailer identified; and/or chose to operate a tractor-trailer that was in an unsafe condition on a Kansas highway.

19. This failure constitutes negligence on the part of Defendant.

20. Because agents/employees of Defendant failed to inspect the tractor-trailer at issue, failed to clear snow and/or ice accumulation off the tractor-trailer at issue, and/or chose to operate a tractor-trailer that was in an unsafe condition on Kansas highways, a large piece of ice broke free and caused physical, mental, and emotional injury to Plaintiff on or about January 18, 2007.

21. The negligence of the Defendant was the sole and proximate cause of the physical and mental injury suffered by Plaintiff on or about January 18, 2007. This injury is both permanent and progressive in nature. Defendant's negligence also caused Plaintiff to sustain pain, suffering and disfigurement. These injuries are permanent and progressive in nature. Further, the Plaintiff has been caused to sustain hospital and medical bills as well as the potential for future hospital and medical bills. All of these matters are indeterminate at this time, but will be shown with specificity at the time of trial. Further, the Plaintiff has been caused to sustain a loss of time, loss of income, as well as future loss of time and income, all of which are now of an indeterminate amount but which will be shown specifically at the time of trial.

**WHEREFORE,** by reason of the above and foregoing, Plaintiff demands relief and prays for judgment against the Defendant in an amount in excess of $75,000.00 together with her costs and other such relief as the Court deems just and equitable.

J. Todd Hiatt #22150
RALSTON, POPE & DIEHL, L.L.C.
*ATTORNEYS FOR PLAINTIFF*

### REQUEST FOR DETERMINATION OF PLACE OF TRIAL

**COMES NOW** the Plaintiff in the above-captioned matter and requests that any trial held in this matter take place in Kansas City, Kansas.

J. Todd Hiatt #22150
RALSTON, POPE & DIEHL, L.L.C.
*ATTORNEYS FOR PLAINTIFF*

### REQUEST FOR TRIAL BY JURY

**COMES NOW** the plaintiff in the above-captioned matter and respectfully requests the Court for a trial by jury.

J. Todd Hiatt #22150
RALSTON, POPE & DIEHL, L.L.C.
*ATTORNEYS FOR PLAINTIFF*